# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                        February 27, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The in-person status conference scheduled for Friday, February 28, 2020, at 12:30 PM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>De Jesus-Hall v. New York State Unified Court System</u>, 18-cv-1241 (LMS), has been *cancelled*.

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.