USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LORRAINE DE JESUS-HALL,

                Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM,

                Defendant.
-----------------------------------------------------------X

**18 CIVIL** 1241 (LMS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 27, 2020, Defendant's motion for summary judgment is granted, and the action is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         February 28, 2020

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                         **BY:**

                                                   **Deputy Clerk**