Russell G. Wheeler (RW 8995)
Charny & Wheeler P.C.
9 West Market Street
Rhinebeck, New York 12572
Tel – (845) 876-7500
Fax – (845) 876-7501
rwheeler@charnywheeler.com

Attorneys for Plaintiff Lorraine De Jesus-Hall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORRAINE DE JESUS-HALL,

                Plaintiff,

   -against-

NEW YORK STATE UNIFIED COURT
SYSTEM,

               Defendants.

NOTICE OF APPEAL

Civil Action No. 18-cv-1241 (LMS)

Notice is hereby given that Lorraine De Jesus-Hall, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on the 28th day of February, 2020 granting Defendant's Motion for Summary Judgment and dismissing this action for the reasons set forth in the Court's Decision and Order entered on the 27th day of February, 2020.

1

Dated: Rhinebeck, New York
      April 24, 2020

                         s/ Russell G. Wheeler
                         Russell G. Wheeler (RW 8995)
                         Charny & Wheeler P.C.
                         9 West Market Street
                         Rhinebeck, New York 12572
                         Tel – (845) 876-7500
                         Fax – (845) 876-7501
                         rwheeler@charnywheeler.com

                         Attorneys for Plaintiff Lorraine De Jesus-Hall